AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 19-SW-5499-SKC | Date and time warrant executed: 05/09/19 10:10AM | Copy of warrant and inventory left with: Dakota Heller / Susan Burchett |
| Inventory made in the presence of: Dakota Heller |||
| Inventory of the property taken and name of any person(s) seized: ||| 
| iPhone 8, S/N FFMW84GJJCC7 IMEI 359497087488164 |||

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:39 pm, May 10, 2019
JEFFREY P. COLWELL, CLERK

PRJ

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/09/2019

_Phil[ip] [signature]_
Executing officer's signature

Philip Jones, Special Agent, FBI
Printed name and title